E-FILED 08/11/10
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANDREA CAPISTRAN,

Plaintiffs,

vs.

INDYMAC FEDERAL BANK
(DOES 1-20)

Defendants.

Case No. CV10-2650 PSG (SSX)

**JUDGMENT OF DISMISSAL WITH PREJDICE**

On July 09, 2010, the Court granted Defendant, ONEWEST BANK, FSB ("ONEWEST") AS SUCCESSOR IN INTEREST TO CERTAIN ASSETS AND LIABILITIES OF INDYMAC BANK, FSB, erroneously sued as INDYMAC FEDERAL BANK ("INDYMAC")'s Motion to Dismiss Plaintiff's Complaint. The Court gave Plaintiff fourteen (14) days to amend the Complaint. Plaintiff has failed to do so.

As Plaintiff has failed to amend the complaint within the time allowed by the Court, and for the reasons explained in the Court's Order granting Defendant's Motions to Dismiss [doc. no. 10], the Court hereby DISMISSES all claims against Defendants WITH PREJUDICE.

////
////

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: 8-10-~~11~~ 10     By: **PHILIP S. GUTIERREZ** |
| 4 | Hon. Philip S. Gutierrez<br>Judge of United States District Court |

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

2

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

CA09-39978